



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 9, 2019**

**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| Hhr Wells, Inc. | § | CASE NO. 17-40247-MXM-7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION
### FOR COMPENSATION AND EXPENSES

The court has considered the Application for Trustee's Compensation and Expenses ("Application") in which Marilyn D. Garner, the chapter 7 trustee for the estate requests compensation in the amount of $1,284.16 and reimbursement of expenses in the amount of $711.60. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Application is granted; it is further

ORDERED that compensation in the amount of $1,284.16 and reimbursement of expenses in the amount of $711.60 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###End of Order###

ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES