# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Hhr Wells, Inc. | § | Case No. 17-40247 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marilyn D. Garner, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 3,145.85 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 2,195.76 | |

3) Total gross receipts of $ 5,341.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,341.61 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,195.76 | 2,195.76 | 2,195.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,477.17 | 104,345.84 | 104,345.84 | 3,145.85 |
| **TOTAL DISBURSEMENTS** | $ 63,477.17 | $ 106,541.60 | $ 106,541.60 | $ 5,341.61 |

4) This case was originally filed under chapter 7 on 01/24/2017. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2019            By: /s/Marilyn D. Garner, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Exhibit G is a list of oil and gas leases which are executory and assests [sic] in this case. | 1123-000 | 705.50 |
| Bank of Texas checking account ending in 5611 | 1129-000 | 4,636.11 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,341.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marilyn D. Garner | 2100-000 | NA | 1,284.16 | 1,284.16 | 1,284.16 |
| Marilyn D. Garner | 2200-000 | NA | 711.60 | 711.60 | 711.60 |
| First National Bank of Vinita | 2600-000 | NA | 200.00 | 200.00 | 200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,195.76 | $ 2,195.76 | $ 2,195.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Breitburn Operating LP | | 0.00 | NA | NA | 0.00 |
| | Burlington Resources Oil & Gas Co. | | 0.00 | NA | NA | 0.00 |
| | Chesapeake Operating, Inc. | | 0.00 | NA | NA | 0.00 |
| | Cimarex Energy Company | | 0.00 | NA | NA | 0.00 |
| | Cimarex Energy Company | | 0.00 | NA | NA | 0.00 |
| | Enervest Operating, LLC | | 0.00 | NA | NA | 0.00 |
| | Forza Operating, LLC | | 0.00 | NA | NA | 0.00 |
| | Fossil Creek Petroleum Purchasing LLC | | 0.00 | NA | NA | 0.00 |
| | Four Point Energy, LLC | | 0.00 | NA | NA | 0.00 |
| | Greg Quillin | | 0.00 | NA | NA | 0.00 |
| | Hallwood Petroleum, LLC | | 0.00 | NA | NA | 0.00 |
| | Hilcorp Energy Company | | 0.00 | NA | NA | 0.00 |
| | J-Brex Company | | 0.00 | NA | NA | 0.00 |
| | Manley, John D. III | | 0.00 | NA | NA | 0.00 |
| | MD America Energy, LLC | | 0.00 | NA | NA | 0.00 |
| | MD Hoots, LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Memorial Production Operating, LLC | | 0.00 | NA | NA | 0.00 |
| | Memorial Production Operating, LLC | | 0.00 | NA | NA | 0.00 |
| | Merit Energy Company | | 104.37 | NA | NA | 0.00 |
| | Mewbourne Oil Company | | 0.00 | NA | NA | 0.00 |
| | Millennium Operating Company | | 0.00 | NA | NA | 0.00 |
| | PetroMax Operating Co. | | 0.00 | NA | NA | 0.00 |
| | Premier Minerals, Inc | | 0.00 | NA | NA | 0.00 |
| | Prime Operating, Inc | | 18.71 | NA | NA | 0.00 |
| | Prime Operating, Inc | | 0.00 | NA | NA | 0.00 |
| | Pruet Production Co. | | 0.00 | NA | NA | 0.00 |
| | Pruet Production Co. | | 0.00 | NA | NA | 0.00 |
| | Range Oil Company, Inc. | | 0.00 | NA | NA | 0.00 |
| | Raydon Exploration, Inc | | 0.00 | NA | NA | 0.00 |
| | Samson Lonestar LLC | | 0.00 | NA | NA | 0.00 |
| | Samson Lonestar LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Samson Lonestar LLC | | 2,006.30 | NA | NA | 0.00 |
| | Samson Resources Company | | 1,849.38 | NA | NA | 0.00 |
| | Sanguine Gas Exploration, LLC | | 0.00 | NA | NA | 0.00 |
| | Slawson Exploration Company, Inc. | | 0.00 | NA | NA | 0.00 |
| | SueAnn Operating LC | | 0.00 | NA | NA | 0.00 |
| | Thomas A. Combs | | 0.00 | NA | NA | 0.00 |
| | Urban Oil & Gas Group, LLC | | 0.00 | NA | NA | 0.00 |
| | Zarvona Energy, LLC | | 0.00 | NA | NA | 0.00 |
| 4 | Castle Resources Inc. | 7100-000 | 459.79 | 1,491.34 | 1,491.34 | 44.96 |
| 5 | Firstrike Energy Corporation | 7100-000 | 2,467.69 | 27,562.57 | 27,562.57 | 830.96 |
| 3 | Forza Operating, Llc | 7100-000 | 56,570.93 | 12,749.93 | 12,749.93 | 384.39 |
| 6 | Leonard Rollison | 7100-000 | 0.00 | 20,000.00 | 20,000.00 | 602.97 |
| 2 | Paul Ersted | 7100-000 | 0.00 | 10,000.00 | 10,000.00 | 301.48 |
| 1 | Peter M. Anfinsen | 7100-000 | 0.00 | 32,542.00 | 32,542.00 | 981.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 63,477.17 | $ 104,345.84 | $ 104,345.84 | $ 3,145.85 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-40247 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Hhr Wells, Inc. | | | | Date Filed (f) or Converted (c): | 01/24/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2017 |
| For Period Ending: | 07/09/2019 | | | | Claims Bar Date: | 06/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of Texas checking account ending in 5611 | 2,325.03 | 4,636.11 | | 4,636.11 | FA |
| 2. Exhibit G is a list of oil and gas leases which are executory and assests [sic] in this case. | 0.00 | 5,000.00 | | 705.50 | 4,294.50 |
| 3. Void | 0.00 | 0.00 | | 0.00 | FA |
| 4. Void | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,325.03    $9,636.11    $5,341.61    $4,294.50

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Administration is complete and trustee is preparing the case for closing.

Initial Projected Date of Final Report (TFR): 12/31/2019    Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-40247 | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|
| Case Name: | Hhr Wells, Inc. | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX2067 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5842 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 07/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/17 | 1 | Bank of Texas | Schedule B Assets close bank account | 1129-000 | $4,636.11 | | $4,636.11 |
| 07/10/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,626.11 |
| 08/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,616.11 |
| 09/08/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,606.11 |
| 10/06/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,596.11 |
| 10/10/17 | 2 | Fairway Resources III, LLC | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $114.85 | | $4,710.96 |
| 10/10/17 | 2 | Fairway Resources III, LLC | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $218.67 | | $4,929.63 |
| 10/10/17 | 2 | Millennium Ooperating Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $17.81 | | $4,947.44 |
| 10/10/17 | 2 | Millennium Operating Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $42.46 | | $4,989.90 |
| 10/10/17 | 2 | Millennium Operating Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $0.40 | | $4,990.30 |
| | | | Page Subtotals: | | $5,030.30 | $40.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 17-40247 | | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Hhr Wells, Inc. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | XXXXXX2067 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5842 | | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 07/09/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/17 | 2 | Millennium Operating Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $42.93 | | $5,033.23 |
| 10/10/17 | 2 | Samson Resources Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $16.75 | | $5,049.98 |
| 10/10/17 | 2 | ConocoPhillips Company | oil and gas revenue Funds turned over by Debtor and received in today's mail with cover letter dated October 3, 2017. | 1123-000 | $5.45 | | $5,055.43 |
| 11/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,045.43 |
| 11/16/17 | 2 | Hilcorp Energy Company | Accounts Receivable | 1123-000 | $5.77 | | $5,051.20 |
| 11/16/17 | 2 | Millennium Operating Company | Accounts Receivable | 1123-000 | $11.39 | | $5,062.59 |
| 12/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,052.59 |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,042.59 |
| 02/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,032.59 |
| 03/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,022.59 |
| 03/12/18 | 2 | J-Brex Company | oil and gas revenue | 1123-000 | $18.86 | | $5,041.45 |
| 03/12/18 | 2 | Millennium Operating Co | oil and gas revenue | 1123-000 | $156.05 | | $5,197.50 |

| | | | Page Subtotals: | | $257.20 | $50.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-40247  
Case Name: Hhr Wells, Inc.  
Taxpayer ID No: XX-XXX5842  
For Period Ending: 07/09/2019  

Trustee Name: Marilyn D. Garner, Trustee  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX2067  
Checking  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/18 | 2 | Millennium Operating Company | oil and gas revenue | 1123-000 | $48.41 | | $5,245.91 |
| 03/12/18 | 2 | Redland Resources | oil and gas revenue | 1123-000 | $5.70 | | $5,251.61 |
| 04/06/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,241.61 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,231.61 |
| 06/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,221.61 |
| 07/09/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,211.61 |
| 08/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,201.61 |
| 09/10/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,191.61 |
| 10/05/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,181.61 |
| 11/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,171.61 |
| 12/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,161.61 |
| 01/08/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,151.61 |
| 02/07/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,141.61 |

Page Subtotals: $54.11 $110.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-40247  
Case Name: Hhr Wells, Inc.  
Taxpayer ID No: XX-XXX5842  
For Period Ending: 07/09/2019  

Trustee Name: Marilyn D. Garner, Trustee  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX2067  
Checking  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | 1001 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX  76006 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 2100-000 | | ($1,284.16) | $6,425.77 |
| 05/15/19 | 1002 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX  76006 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 2200-000 | | ($711.60) | $7,137.37 |
| 05/15/19 | 1003 | Peter M. Anfinsen<br>425 Portland Pl<br>Bloomington, Mn 55420 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 7100-000 | | ($981.09) | $8,118.46 |
| 05/15/19 | 1004 | Paul Ersted<br>20372 Corkscrew Shores Blvd<br>Estero FL  33928 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 7100-000 | | ($301.48) | $8,419.94 |
| 05/15/19 | 1005 | Forza Operating, Llc<br>24900 Pitkin Road, Ste 145<br>Spring, Tx 77386 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 7100-000 | | ($384.39) | $8,804.33 |
| 05/15/19 | 1006 | Castle Resources Inc.<br>Po Box 583<br>Russell, Ks 67665 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz Reversal<br>To correct description on check. | 7100-000 | | ($44.96) | $8,849.29 |

Page Subtotals: $0.00    ($3,707.68)

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-40247  
Case Name: Hhr Wells, Inc.  
Taxpayer ID No: XX-XXX5842  
For Period Ending: 07/09/2019  

Trustee Name: Marilyn D. Garner, Trustee  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX2067  
Checking  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | 1007 | Firstrike Energy Corporation<br>Forrest J. Wynn<br>Hicks Davis Wynn, P.C.<br>3700 Buffalo Speedway, Suite 1111<br>Houston, Tx 77098 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz<br>Reversal<br>To correct description on check. | 7100-000 | | ($830.96) | $9,680.25 |
| 05/15/19 | 1008 | Leonard Rollison<br>3302 Clearfield Dr<br>Grapevine, Tx 76051 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz<br>Reversal<br>To correct description on check. | 7100-000 | | ($602.97) | $10,283.22 |
| 05/15/19 | 1001 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 2100-000 | | $1,284.16 | $8,999.06 |
| 05/15/19 | 1002 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 2200-000 | | $711.60 | $8,287.46 |
| 05/15/19 | 1003 | Peter M. Anfinsen<br>425 Portland Pl<br>Bloomington, Mn 55420 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $981.09 | $7,306.37 |
| 05/15/19 | 1004 | Paul Ersted<br>20372 Corkscrew Shores Blvd<br>Estero FL 33928 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $301.48 | $7,004.89 |
| 05/15/19 | 1005 | Forza Operating, Llc<br>24900 Pitkin Road, Ste 145<br>Spring, Tx 77386 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $384.39 | $6,620.50 |
| 05/15/19 | 1006 | Castle Resources Inc.<br>Po Box 583<br>Russell, Ks 67665 | Cause No. 342-296139-17<br>Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $44.96 | $6,575.54 |

Page Subtotals: $0.00  $2,273.75

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-40247 | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|
| Case Name: | Hhr Wells, Inc. | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX2067 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5842 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 07/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | 1007 | Firstrike Energy Corporation<br>Forrest J. Wynn<br>Hicks Davis Wynn, P.C.<br>3700 Buffalo Speedway, Suite 1111<br>Houston, Tx 77098 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $830.96 | $5,744.58 |
| 05/15/19 | 1008 | Leonard Rollison<br>3302 Clearfield Dr<br>Grapevine, Tx 76051 | Cause No. 342-296139-17 Angeles Quiles v. Fort Worth Metroflex Gym, Inc. Metro Flex Gym, Inc., and Randy Delacruz | 7100-000 | | $602.97 | $5,141.61 |
| 05/15/19 | 1009 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,284.16 | $3,857.45 |
| 05/15/19 | 1010 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $711.60 | $3,145.85 |
| 05/15/19 | 1011 | Peter M. Anfinsen<br>425 Portland Pl<br>Bloomington, Mn 55420 | Final distribution to claim 1 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $981.09 | $2,164.76 |
| 05/15/19 | 1012 | Paul Ersted<br>20372 Corkscrew Shores Blvd<br>Estero FL 33928 | Final distribution to claim 2 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $301.48 | $1,863.28 |
| 05/15/19 | 1013 | Forza Operating, Llc<br>24900 Pitkin Road, Ste 145<br>Spring, Tx 77386 | Final distribution to claim 3 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $384.39 | $1,478.89 |
| 05/15/19 | 1014 | Castle Resources Inc.<br>Po Box 583<br>Russell, Ks 67665 | Final distribution to claim 4 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $44.96 | $1,433.93 |
| 05/15/19 | 1015 | Firstrike Energy Corporation<br>Forrest J. Wynn<br>Hicks Davis Wynn, P.C.<br>3700 Buffalo Speedway, Suite 1111<br>Houston, Tx 77098 | Final distribution to claim 5 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $830.96 | $602.97 |

Page Subtotals: $0.00 $5,972.57

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-40247 | Trustee Name: Marilyn D. Garner, Trustee |
| Case Name: Hhr Wells, Inc. | Bank Name: First National Bank of Vinita |
| | Account Number/CD#: XXXXXX2067 |
| | Checking |
| Taxpayer ID No: XX-XXX5842 | Blanket Bond (per case limit): $300,000.00 |
| For Period Ending: 07/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | 1016 | Leonard Rollison 3302 Clearfield Dr Grapevine, Tx 76051 | Final distribution to claim 6 creditor account # representing a payment of 3.01 % per court order. | 7100-000 | | $602.97 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,341.61 | $5,341.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,341.61 | $5,341.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,341.61 | $5,341.61 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2067 - Checking | $5,341.61 | $5,341.61 | $0.00 |
|  | $5,341.61 | $5,341.61 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,341.61 |
| Total Gross Receipts: | $5,341.61 |